**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

LINDA A. VEGA,

Plaintiff,

-against-

26 **CIVIL** 6122 (LLS)

# JUDGMENT

THE AGENCY; USA; LINCOLN HOSPITAL; ST. BARNABAS HOSPITAL,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 31, 2026, the Court has dismissed Plaintiff's claims under federal and state criminal statutes for lack of standing and has dismissed the remaining claims under 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

August 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**